390 A.2d 298

Commonwealth v. Toy, Appellant.

Argued March 21, 1978. B.

Halpern, with him Stephen H. Serota, for appellant; W. Turnoff, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.